IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

Richard F. Ray, Receiver )
    Plaintiff )
)
v. ) Civil Action No. 2:16-CV-49
)
)
Crystal Honeycutt, Et. Al. )
    Defendant )

## ENTRY OF DEFAULT

It appearing that the complaint was filed in this case on March 10, 2016 ; that the summons and complaint were duly served upon the defendant, Glenn S. Martin, Jr. on March 25, 2016, and no answer or other pleading has been filed by said defendant as required by law;

Therefore, upon request of the plaintiff, default is hereby entered against the defendant, Glenn S. Martin, Jr. , as provided in Rule 55(a), Federal Rules of Civil Procedure.

Debra C. Poplin, CLERK

By s/Leah Cassanego
    Deputy Clerk