UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| RICHARD F. RAY, RECEIVER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:16-CV-49 |
| | ) | |
| CRYSTAL HONEYCUTT, | ) | |
| SEAN MARTIN, | ) | |
| BRYAN ELDER | ) | |
| d/b/a ELDER CATTLE FARMS | ) | |
| and / or ELDER BOY FARMS, | ) | |
| ERNIE ELDER | ) | |
| d/b/a ELDER CATTLE FARMS | ) | |
| and / or ELDER BOY FARMS, | ) | |
| MIKE GRAY, | ) | |
| DON HODGE, | ) | |
| and | ) | |
| GLENN S. MARTIN, JR. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE OF EXPERT DISCLOSURES**

Comes now Richard F. Ray, duly appointed receiver, by and through counsel and files

notice that he has served expert disclosures upon counsel for the defendant(s) as required by Fed.

R. Civ. P. 26, the Court's previous scheduling order [Doc 45], and the Stipulation of the Parties

found at Doc. 61.

Respectfully submitted,

*/s/ Ryan E. Jarrard*
Ryan E. Jarrard,
BPR No. 024525
Attorney for Richard F. Ray, Receiver
**Quist, Fitzpatrick & Jarrard, PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-2121
(865) 524-1873 ext. 232
rej@qcflaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by operation of the Court's ECF System on or about October 25, 2016 as indicated on the electronic filing receipt.

/s/ Ryan E. Jarrard
ATTORNEY