UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| RICHARD F. RAY, RECEIVER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:16-CV-49 |
| CRYSTAL HONEYCUTT, *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER

The plaintiff and defendants Bryan Elder, Ernie Elder, and Mike Gray filed a Joint Status report indicating that they are in settlement discussions and expect a settlement to be reached shortly. [Doc. 60]. It is hereby ORDERED that the parties are to file a written status report within 90 days of this order regarding the status of the settlement. Additionally, the parties should include in the status report whether the pending motions for default against the other remaining defendants, Crystal Honeycutt, Sean Martin, Don Hodge, and Glenn S. Martin, Jr., should be set for a hearing.

ENTER:

    s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE